Amy B. Alderfer
Nevada Bar No. 15004
COZEN O'CONNOR
1299 Ocean Ave, Ste. 900
Santa Monica, CA 90401
Telephone: 213.892.7941
Facsimile: 213.784.9067
Email: aalderfer@cozen.com

Casey Griffith
Texas Bar No. 24036687 (*Pro Hac Vice forthcoming*)
Michael Barbee
Texas Bar No. 24082656 (*Pro Hac Vice forthcoming*)
Maeghan Whitehead
Texas Bar No. 24075270 (*Pro Hac Vice forthcoming*)
GRIFFITH BARBEE PLLC
One Arts Plaza
1722 Rough Street, Suite 710
Dallas, TX 75201
Telephone: 214-446-6020
Facsimile: 214-446-6021
Email: Casey.Griffith@griffithbarbee.com
Email: Michael.Barbee@griffithbarbee.com
Email: Maeghan.Whitehead@griffithbarbee.com

Attorneys for Defendant Sayers Construction, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES *ex rel.* FOOTHILLS ENERGY SERVICES, INC., a Colorado corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; SAYERS CONSTRUCTION, LLC, a Texas limited liability company;<br><br>           Defendants. | Case No.: 2:19-cv-02016-KJD-DJA<br><br>**JOINT STIPULATION TO EXTEND TIME FOR SAYERS CONSTRUCTION, LLC TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to LR IA 6-1, Foothills Energy Services, Inc. ("Foothills"), Plaintiff in this action, and Defendant Sayers Construction, LLC ("Sayers") (collectively, the "Stipulating Parties") hereby stipulate as follows:

1. Sayers' time to file an answer or otherwise respond to Foothills' Complaint (Dkt. No. 1) is hereby extended fourteen (14) days to Friday, January 17, 2020.

2. Sayers' request was made in good faith. Sayers' counsel requested that Sayers and Foothills agree to this proposed joint stipulation in light of Sayers' requiring time to retain counsel and Sayers' counsel's travel schedule the weeks of December 23, 2019, and December 30, 2019. Foothills' counsel agreed to an extension of Sayers' deadline to file an answer or otherwise respond to Foothills' Complaint from January 3, 2020, to January 17, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LEGAL\44234513\1

1    The Stipulating Parties respectfully submit the foregoing and request that the Court enter the

2  Order included below.

3    Respectfully submitted this 2nd day of January 2020.

4                                              **COZEN O'CONNOR**

5

6                                              By: */s/ Amy B. Alderfer*
                                                   AMY B. ALDERFER
                                                   Nevada Bar No. 15004
7                                                  1299 Ocean Ave, Ste. 900
                                                   Santa Monica, CA 90401
8                                                  Telephone: 213-892-7941
                                                   Facsimile: 213-784-.9067
9                                                  Email:  aalderfer@cozen.com

10                                             **GRIFFITH BARBEE PLLC**

11                                                 CASEY GRIFFITH (*Pro Hac Vice forthcoming*)
                                                   Texas Bar No. 24036687
12                                                 MICHAEL BARBEE (*Pro Hac Vice forthcoming* )
                                                   Texas Bar No. 24082656
13                                                 MAEGHAN WHITEHEAD (*Pro Hac Vice forthcoming*)
                                                   Texas Bar No. 24075270
14                                                 One Arts Plaza
                                                   1722 Routh Street, Suite 710
15                                                 Dallas, TX  75201
                                                   Telephone:  214-446-6020
16                                                 Facsimile: 214-446-6021
                                                   Email:  Casey.Griffith@griffithbarbee.com
17                                                 Email:  Michael.Barbee@griffithbarbee.com
                                                   Email:  Maeghan.Whitehead@griffithbarbee.com
18
                                                   Attorneys for Defendant Sayers Construction, LLC
19

20                                             **GREENSPOON MARDER LLP**

21                                             By: */s/ Phillip A. Silvestri*
                                                   PHILLIP A. SILVESTRI
22                                                 3993 Howard Hughes Pkwy., Ste. 400
                                                   Las Vegas, Nevada 89169
23                                                 Tel: (702) 978-4249
                                                   Fax: (954) 333-4296
24                                                 Phillip.Silvestri@gmlaw.com

25                                                 Attorneys for Plaintiff
                                                   Foothills Energy Services, Inc.
26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

**COZEN O'CONNOR**

By: */s/ Amy B. Alderfer*
AMY B. ALDERFER
Nevada Bar No. 15004
1299 Ocean Ave, Ste. 900
Santa Monica, CA 90401
Telephone: 213-892-7941
Facsimile: 213-784-.9067
Email: aalderfer@cozen.com

**GRIFFITH BARBEE PLLC**

CASEY GRIFFITH (*Pro Hac Vice forthcoming*)
Texas Bar No. 24036687
MICHAEL BARBEE (*Pro Hac Vice forthcoming* )
Texas Bar No. 24082656
MAEGHAN WHITEHEAD (*Pro Hac Vice forthcoming*)
Texas Bar No. 24075270
One Arts Plaza
1722 Routh Street, Suite 710
Dallas, TX 75201
Telephone: 214-446-6020
Facsimile: 214-446-6021
Email: Casey.Griffith@griffithbarbee.com
Email: Michael.Barbee@griffithbarbee.com
Email: Maeghan.Whitehead@griffithbarbee.com

Attorneys for Defendant Sayers Construction, LLC

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: January 6, 2020

LEGAL\44234513\1