KARL O. RILEY
Nevada Bar No. 12077
DAVID E. ZERHUSEN
Nevada Bar No. 14154
COZEN O'CONNOR
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV  89169
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: dzerhusen@cozen.com

AMY B. ALDERFER
Nevada Bar No. 15004
COZEN O'CONNOR
1299 Ocean Ave, Ste. 900
Santa Monica, CA 90401
Telephone: 213-892-7941
Facsimile: 213-784-9067
Email: aalderfer@cozen.com

CASEY GRIFFITH
Texas Bar No. 24036687
MICHAEL BARBEE
Texas Bar No. 24082656
MAEGHAN WHITEHEAD
Texas Bar No. 24075270
GRIFFITH BARBEE PLLC
One Arts Plaza
1722 Routh Street, Suite 710
Dallas, TX  75201
Telephone:  214-446-6020
Facsimile: 214-446-6021
Email:  casey.griffith@griffithbarbee.com
Email:  michael.barbee@griffithbarbee.com
Email:  maeghan.whitehead@griffithbarbee.com

*Attorneys for Defendants Sayers Construction, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* FOOTHILLS ENERGY SERVICES, INC., a Colorado corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; SAYERS CONSTRUCTION, LLC, a Texas limited liability company,<br><br>　　　　　　Defendants. | Case No.:  2:19-cv-2016-KJD-DJA<br><br>**DEFENDANT SAYERS CONSTRUCTION, LLC'S STIPULATION AND ORDER TO SUBSTITUTE COUNSEL** |

1

1  Pursuant to LR IA 11-6, defendant Sayers Construction, LLC (Sayers) stipulates to substitute its current counsel, Amy B. Alderfer and David E. Zerhusen of the law firm of Cozen O'Connor, P.C. (Cozen), with new counsel, Karl O. Riley of Cozen.

In support of the Stipulation, Sayers notes that:

1. Karl O. Riley is a partner at Cozen, is licensed to practice law in the state of Nevada, and is a member of in good standing of the State Bar of Nevada.

2. Sayers has directed that: (a) Karl Riley serve as local counsel for Sayers; and (b) Amy B. Alderfer and David E. Zerhusen withdraw from the representation of Sayers.

3. This substitution is made in good faith and for good cause and will not in any way impede or delay discovery, the trial, or any hearing in the case.

**IT IS SO STIPULATED.**

Dated: December 4, 2020

By: */s/ Amy B. Alderfer*_____
AMY B. ALDERFER (15004)
DAVID E. ZERHUSEN (14154)
COZEN O'CONNOR, P.C.
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV  89169
Telephone: 702-470-2330
Email:  aalderfer@cozen.com
dzerhusen@cozen.com

*/s/ Mark Sayers*_____
Sayers Construction, LLC

*/s/ Karl O. Riley*_____
KARL O. RILEY (12077)
COZEN O'CONNOR, P.C.
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV  89169
Telephone: (702) 470-2330
Email: koriley@cozen.com

*/s/ Maeghan Whitehead*_____
MAEGHAN WHITEHEAD (#)
CASEY GRIFFITH (#)
MICHAEL BARBEE(#)
GRIFFITH BARBEE PLLC
1722 Routh St., Ste. 710
Dallas, TX 75201
Telephone: (214) 446-6020
Email: maeghan.whitehead@griffithbarbee.com
Casey.griffith@griffithbarbee.com
Michael.barbee@griffithbarbee.com

*Attorneys and Client of Defendant Sayers Construction, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated: December 7, 2020.

_____
United States Magistrate Judge

2