Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com

Colin P. Baumchen, Esq.
(Pro Hac Vice)
Amanda C. Hoberg
(Pro Hac Vice)
Woods | Aitken LLP
7900 East Union Avenue, Suite 700
Denver, Colorado 80237-2835
Tel: (303) 606-6700
Fax: (303) 606-6701
cbaumchen@woodsaitken.com
ahoberg@woodsaitken.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES *ex rel.* FOOTHILLS ENERGY SERVICES, INC., a Colorado corporation,<br><br>     Plaintiff,<br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; SAYERS CONSTRUCTION, LLC, a Texas limited liability company;<br><br>     Defendants. | CASE NO. 2:19-cv-02016-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[ECF 40, 41]**<br><br>**(FIRST REQUEST)** |

Plaintiff, Foothills Energy Services, Inc. ("Foothills"), by and through its counsel, Phillip A. Silvestri, Esq. of Greenspoon Marder LLP and Colin P. Baumchen, Esq. (*pro hac vice*) and Amanda C. Hoberg (*pro hac vice*) of Woods Aitken LLP, (collectively referred to as "the Parties"), and Defendants Philadelphia Indemnity Insurance Company ("PIIC"), by and

through its counsel, Kurt C. Faux, Esq. of The Faux Law Group, and Sayers Construction, LLC ("Sayers"), by and through its counsel, Karl O. Riley, Esq. of Cozen O'Conner and Casey Griffith, Esq. (*pro hac vice*), Maeghan Whitehead, Esq. (*pro hac vice*), and Dallas Flick, Esq. (*pro hac vice pending*) of Griffith Barbee PLLC, hereby stipulate and request that the Court extend the deadlines for briefing on Defendants' Motions for Summary Judgment (ECF 40, 41), and as grounds state as follows:

1. Defendants, PIIC and Sayers filed Motions for Summary Judgment on May 14, 2021 (ECF 40, 41, respectively, collectively the "Motions").

2. Plaintiff's response deadline for both Motions is currently scheduled for June 4, 2021.

3. Though Plaintiff is diligently working to respond to the Motions, Plaintiff's counsel is concurrently preparing for a three-week arbitration that is set to commence on May 31, 2021, and will be unable to devote sufficient time to respond to the Motions with the current deadline, without prejudicing the previously-scheduled arbitration.

4. Due to this scheduling conflict, the Parties have agreed to extend Plaintiff's deadline to respond to the Motions by three (3) weeks, through June 25, 2021.

5. In addition, the Parties have stipulated that reply deadlines will be extended by a period of ten (10) days, through July 19, 2021.

6. This is the Parties' first request for extension of this deadline, and it is not intended to cause any delay or prejudice to any party. Defendant does not object to the requested extension.

Dated this 25th day of May, 2021

| GRIFFITH BARBEE, PLLC | THE FAUX LAW GROUP |
|---|---|
| By */s/ Maeghan Whitehead*<br>Casey Griffith, Esq. (pro hac vice)<br>Maeghan Whitehead, Esq. (pro hac vice)<br>Dallas Flick, Esq. (pro hac vice pending)<br>One Arts Plaza<br>1722 Routh Street, Suite 710<br>Dallas, Texas 75201 | By */s/ Willi H. Siepmann*<br>Kurt C. Faux, Esq. (NSBN 3407)<br>Willi H. Siepmann, Esq. (NSBN 2478)<br>Jordan F. Faux, Esq. (NSBN 12205)<br>2625 North Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>Ph.(702) 458-5790; Fax: (702) 458-5794 |

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 Fax: (954) 333-4256

| | |
|---|---|
| Ph. (214) 446-6020; fax (214) 446-6021<br>Email: casey.griffith@griffithbarbee.com<br>Email: maeghan.whitehead@grffithbarbee.com<br><br>Karl O. Riley (NSBN 12077)<br>Cozen O'Connor<br>3753 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, Nevada 89169<br>Ph. (702) 470-2330; fax (702) 470-2370<br>Email: koriley@cozen.com<br>Attorneys for Defendant Sayers Construction, LLC | Email: kfaux@fauxlaw.com<br>Attorneys for Philadelphia Indemnity Insurance Company<br><br>**Greenspoon Marder LLP**<br><br>By */s/ Philip A. Silvestri*<br>Phillip A. Silvestri, Esq.<br>3993 Howard Hughes Pkwy., Ste. 400<br>Las Vegas, Nevada 89169<br>Tel: (702) 978-4249<br>Fax: (954) 333-4256<br>phillip.silvestri@gmlaw.com<br>Attorneys for Plaintiff |

**IT IS SO ORDERED:**

_____

**U.S. DISTRICT COURT JUDGE**

DATED: 5/27/2021