Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com

Colin P. Baumchen, Esq.
*(Pro Hac Vice)*
Amanda C. Hoberg, Esq,
*(Pro Hac Vice)*
Woods Aitken, LLP
7900 E. Union Ave., Ste. 700
Denver, CO 80237
Tel: (303) 606-6700
Fax: (303) 606-6701
cbaumchen@woodsaiken.com
ahoberg@woodsaiken.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES *ex rel.* FOOTHILLS ENERGY SERVICES, INC., a Colorado corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; SAYERS CONSTRUCTION, LLC, a Texas limited liability company;<br><br>                    Defendants. | CASE NO.  2:19-cv-2016-KJD-DJA<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED TRIAL MANAGEMENT ORDER (First Request)** |

Plaintiff, Foothills Energy Services, Inc. ("Foothills"), and Defendants, Philadelphia Indemnity Insurance Company ("Philadelphia") and Sayers Construction, LLC ("Sayers") (collectively, "the parties"), by and through their attorneys, respectfully move this Court to enter

an order granting an extension of time to file a proposed Trial Management Order until July 15, 2022 for the parties to complete mediation. Pursuant to Local Rules IA 6-1 and IA 26-3, Foothills states as follows:

1. Trial is not set in this matter.

2. The deadline for filing a proposed trial management order is April 25, 2022.

3. Although they have not confirmed a specific date, the parties have agreed to participate in mediation in June 2022 in hopes of resolving their dispute.

4. Accordingly, the parties request that the deadline to file a proposed Trial Management Order be extended until July 15, 2022.

5. No previous extensions related to the subject deadline have been requested and permitting the opportunity for mediation constitutes good cause because it will permit the parties to continue on-going efforts to resolve the matter.

WHEREFORE, Foothills, Philadelphia and Sayers respectfully request that the Court enter an order extending the deadline for filing the proposed Trial Management Order from April 25, 2022 to July 15, 2022.

DATED: April 21, 2022.

**Greenspoon Marder LLP**

/s/ Phillip A. Silvestri, Esq.
Phillip A. Silvestri, Esq.
NV Bar No. 11276
3993 Howard Hughes Pkwy. Ste. 400
Las Vegas, Nevada 89169

and

**Woods Aitken LLC**

/s/ Colin P. Baumchen
Colin P. Baumchen (pro hac vice)
Amanda C. Hoberg (pro hac vice)
7900 E. Union Ave., Ste. 700
Denver, CO 80237

*Attorney for Plaintiff*

**Griffith Barbee PLLC**

/s/ Maeghan Whitehead, Esq.
Casey Griffith, Esq. (pro hac vice)
Maeghan Whitehead, Esq. (pro hac vice)
Dallas Flick, Esq. (pro hac vice)
1722 Routh St., Ste. 710
Dallas, Texas 75201

and

Karl O. Riley
NV Bar No. 12077
Cozen O'Connor
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, Nevada 89169

*Attorneys for Sayers*

**Faux Law Group**

*/s/ Willi Siepmann, Esq.*
Willi Siepmann, Esq.
NV Bar No. 2478
2625 North Green Valley Pkwy. 100
Henderson, Nevada 89014

*Attorney for Philadelphia*

## **ORDER**

IT IS SO ORDERED.  Joint Pretrial Order due July 15, 2022.

DATED: April 28, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 Fax: (954) 333-4256

LEGAL\57580673\1

Page 3 of 3