Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com

Colin P. Baumchen, Esq.
*(Pro Hac Vice)*
Amanda C. Hoberg, Esq,
*(Pro Hac Vice)*
Woods Aitken, LLP
7900 E. Union Ave., Ste. 700
Denver, CO 80237
Tel: (303) 606-6700
Fax: (303) 606-6701
cbaumchen@woodsaiken.com
ahoberg@woodsaiken.com
*Attorneys for Plaintiff*

KARL O. RILEY
Nevada Bar No. 12077
Cozen O'Connor
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV  89169
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email:  koriley@cozen.com
Casey Griffith, Esq. (pro hac vice)
Maeghan Whitehead, Esq. (pro hac vice)
Griffith Barbee LLCP
1722 Rough Street, Ste. 710
Dallas TX 75201
Ph: (214) 446-6020; Fac: (214) 446-6021
Casey.griffith@griffithbarbee.com
Maeghan.whitehead@griffithbarbee.com
*Attorneys for Defendant Sayers Construction, LLC*

Kurt C. Faux, Esq. (NSBN 3407)
Will H. Siepmann, Esq. (NSBN 4278)
Jordan F. Faux, Esq. (NSBN 12205)
Faux Law Group
2625 N. Green Valley Pkwy., # 100
Henderson, NV 89014
Tel: (702) 458-5790; Fax: (702) 458-5794
kfaux@fauxlaw.com
*Attorneys for Defendant, Philadelphia Indemnity Insurance, Co.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES *ex rel.* FOOTHILLS ENERGY SERVICES, INC., a Colorado corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; SAYERS CONSTRUCTION, LLC, a Texas limited liability company;<br><br>            Defendants. | CASE NO.  2:19-cv-2016-KJD-DJA<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff, Foothills Energy Services, Inc. ("Foothills") and Defendants, Philadelphia Indemnity Insurance Company ("Philadelphia") and Sayers Construction, LLC ("Sayers") (collectively, "the Parties"), by and through their attorneys, submit this Joint Stipulation of Dismissal of Action with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), and state as follows:

1. On June 28, 2022, Foothills, Philadelphia, and Sayers completed mediation and reached an agreement to settle all of Foothills' claims in this action.

2. The Parties executed a Mediation Settlement Agreement, and the Parties have completed their respective obligations under the Mediation Settlement Agreement, except for dismissal of this action.

3. Parties may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii).

4. The parties desire to dismiss this action, and all parties who have appeared in this action have signed this Joint Stipulation of dismissal of Action with Prejudice.

5. Thus, by filing Stipulation, the parties dismiss the action with prejudice, each party to bear its own fees and costs except that Philadelphia does not release its attorneys' fees, costs or claims against Sayers but rather reserves all rights and entitlements against Sayers, including, but not limited to, all rights and entitlements in any General Indemnity Agreement, including the right to recover Philadelphia's attorneys' fees and costs.

Respectfully submitted, July 27, 2022

**GREENSPOON MARDER LLP**
By: */s/ Phillip A. Silvestri*
Phillip A. Silvestri, Esq.
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-2449; Fax: (954) 333-4256
Phillip.Silvestri@gmlaw.com

Colin P. Baumchen, Esq. *(Pro Hac Vice)*
Woods | Aitken LLP
7900 E. Union Ave., Ste. 700
Denver, CO 80237
Tel: (303) 606-6700; Fax: (303) 606-6701
cbaumchen@woodsaiken.com
*Attorneys for Foothills Energy Services, Inc.*

**THE FAUX LAW GROUP**
By: /s/ *Kurt C. Faux*
Kurt C. Faux, Esq. (NSBN 3407)
Will H. Siepmann, Esq. (NSBN 4278)
Jordan F. Faux, Esq. (NSBN 12205)
2625 N. Green Valley Pkwy., # 100
Henderson, NV 89014
Tel: (702) 458-5790; Fax: (702) 458-5794
kfaux@fauxlaw.com
*Attorneys Philadelphia Indemnity Insurance, Co.*

**GRIFFITH BARBEE PLLC**
By: /s/ *Meaghan Whitehead*
Casey Griffith, Esq. (pro hac vice)
Maeghan Whitehead, Esq. (pro hac vice)
1722 Rough Street, Ste. 710
Dallas TX 75201
Ph: (214) 446-6020; Fac: (214) 446-6021
Casey.griffith@griffithbarbee.com
Maeghan.whitehead@griffithbarbee.com

**COZEN O'CONNOR**
KARL O. RILEY
Nevada Bar No. 12077
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV 89169
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: koriley@cozen.com
*Attorneys for Sayers Construction, LLC*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED: 8/5/2022